435 A.2d 1327

Commonwealth ex rel. Lodge v. Lodge, Appellant.

Argued December 3, 1979. Emil L. Iannelli, for appellant; Robert O. Baldi, for appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

Order in the above-captioned case is affirmed.

SPAETH and CAVANAUGH, JJ., concurred in the result.